**WARNICKE & LITTLER, P.L.C.**
1411 N. Third Street
Phoenix, Arizona 85004
TELEPHONE (602) 256-0400
FAX (602) 256-0345
E-MAIL: administrator@warnickelittler.com
Thomas E. Littler/SBN 006917
Robert C. Warnicke/SBN -015345
Attorneys for Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>COEBILT, INC.,<br>                    Debtor.<br><br>GREGORY P. COE,<br>                    Debtor. | Case No. 2:07-bk-05262-GBN<br>Case No. 2:07-bk-05263-GBN<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>NOTICE OF APPEARANCE |

Pursuant to Bankruptcy Rule 9010(b), the law firm of Warnicke & Littler, P.L.C. (the "Firm") hereby enters its appearance of record for the Committee of Unsecured Creditors and requests that it receive notice of all matters concerning this bankruptcy. The Firm's address and telephone number are as follows:

> Thomas E. Littler, Esq.
> Robert C. Warnicke
> Warnicke & Littler, P.L.C.
> 1411 N. Third Street
> Phoenix, Arizona 85004

RESPECTFULLY SUBMITTED this 20th day of March, 2008.

> WARNICKE & LITTLER, P.L.C.
>
> By_____
> Thomas E. Littler
> Robert C. Warnicke
> 1411 N. Third Street
> Phoenix, Arizona 85004
> Attorneys for Unsecured Creditors
> CommitteeCoebilt, Inc. and

COPY of the foregoing hand delivered*/
mailed this 20th day of March, 2008, to:

Office of the United States Trustee
P O Box 36170
Phoenix, Arizona 85067-6170

Carolyn J. Johnsen, Esq.
JENNINGS, STROUSS & SALMON, P.L.C.
A Professional Limited Liability Company
The Collier Center, 11th Floor
201 E. Washington St.
Phoenix, Arizona 85004-2385
Attorneys for CW Holdings, LLC

D. Lamar Hawkins, Esq.
HEBERT SCHENK, P.C.
4742 N. 24th Street, Suite 100
Phoenix, AZ 85016

Michael W. Carmel, Esq.
MICHAEL W. CARMEL, LTD.
80 E Columbus Avenue
Phoenix, AZ 85012-4965
 E-Mail: mcarmel@primenet.com

By /s/ Gayle D. Josephne

-- Page 2